| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION            *E-FILED - 4/11/07*

ZHENYANG CHEN,  )
YANMEI HUANG,   )  No. C 06-7927 RMW
                )
       Plaintiffs,  )
                )  **STIPULATION TO RESET HEARING**
       v.       )  **ON DEFENDANTS' MOTION TO**
                )  **DISMISS; AND [ ORDER**
MICHAEL CHERTOFF, Secretary of the  )
Department of Homeland Security;  )
EMILIO T. GONZALEZ, Director,  )
U.S. Citizenship and Immigration Services;  )
CHRISTINA POULOS, Director,  )
California Service Center, U.S.C.I.S.;  )  Date: April 13, 2007
ROBERT S. MUELLER, Director  )  Time: 9:00 a.m.
of Federal Bureau of Investigation,  )  Courtroom: 6, 4th floor
                )
       Defendants.  )
                )

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Defendants noticed a hearing on a motion to dismiss with the Court, which is presently scheduled for April 20, 2007.

2. Defendants also noticed a hearing on a motion to dismiss in *Zhu et al., v. Chertoff*, C 06-7642 RMW, which is presently scheduled for April 13, 2007.

3. The parties agree that both cases raise identical issues.

Stip. to Re-Notice Motion to Dismiss
C06-7927 RMW                                1

4. In the interest of conserving judicial resources and promoting an efficient determination of both actions, the parties respectfully request that the Court hear both cases on April 13, 2007, at 9:00 a.m.

Date: March 7, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: March 7, 2007

/s/
JUSTIN X. WANG
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 4/11/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Stip. to Re-Notice Motion to Dismiss
C06-7927 RMW                2