UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 4/11/07*

| | |
|---|---|
| Zhenyang CHEN<br>Yanmei HUANG<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Michael Chertoff, Secretary of the<br>Department of Homeland Security;<br>Emilio T. Gonzalez, Director,<br>U.S. Citizenship and Immigration Services;<br>Christina Poulos, Director,<br>California Service Center, U.S.C.I.S.;<br>Robert S. Mueller,<br>Director of Federal Bureau of Investigation<br><br>　　　　　　　　　Defendants. | No.: C 06-7927 RMW<br><br>STIPULATION TO RESET CASE<br>MANAGEMENT CONFERENCE;<br>AND [PROPOSED] ORDER<br><br>Date: April 13, 2007<br>Time: 9:00 a.m.<br>Court Room: 6, 4th floor |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. The Case Management Conference(CMC) is presently scheduled for April 6, 2007; and a hearing on a motion to dismiss with the Court is presently scheduled for April 13, 2007.

2. In the interest of conserving judicial resources, the parties respectfully request that the Court reset the CMC to the same time as hearing on April 13, 2007 at 9:00 a.m. The Case Management Statement (CMS) will be filed 7 days before CMC on April 6, 2007.

Date: March 13, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: March 13, 2007

JUSTIN X. WANG
Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: ~~March~~ 11, 2007
April

Ronald M. Whyte
RONALD M. WHYTE
United States District Judge