| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124 |
| | FAX: (415) 436-7169 |
| 7 | |
| | Attorneys for Defendants |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION      ***E-FILED - 6/5/07***

| | |
|---|---|
| ZHENYANG CHEN, YANMEI HUANG, | No. C 06-7927 RMW |
| Plaintiffs, | STIPULATION TO DISMISS PLAINTIFF ZHENYANG CHEN; AND [] ORDER |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Director, California Service Center, U.S.C.I.S.; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, | Date: June 8, 2007 Time: 9:00 AM Courtroom: 6, 4th floor |
| Defendants. | |

A hearing on cross-motions for summary judgment is set for June 8, 2007. On May 21, 2007, Plaintiff Zhenyang Chen's application for adjustment of status was approved. Accordingly, Plaintiff Zhenyang Chen, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal Plaintiff Zhenyang Chen's claim as moot. The case will proceed for Plaintiff Yanmei Huang.

Each of the parties shall bear their own costs and fees with respect to Plaintiff Zhenyang Chen.

///

///

Dated: June 4, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: June 4, 2007

/s/
JUSTIN X. WANG
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 6/5/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Stip to Dismiss Plaintiff Chen
C06-7927 RMW                                                2