1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION    ***E-FILED - 6/28/07***

12 ZHENYANG CHEN and YANMEI HUANG, ) No. C 06-7927 RMW
                                  )
13           Plaintiffs, )
                                  ) STIPULATION TO DISMISS; AND
14           v.       ) [] ORDER
                                  )
15 MICHAEL CHERTOFF, Secretary of the )
   Department of Homeland Security; )
16 EMILIO T. GONZALEZ, Director,  ) Date: June 8, 2007
   U.S. Citizenship and Immigration Services; ) Time: 9:00 AM
17 CHRISTINA POULOS, Director,    ) Courtroom: 6, 4th floor
   California Service Center, U.S.C.I.S.; )
18 ROBERT S. MUELLER, Director    )
   of Federal Bureau of Investigation, )
19                                )
             Defendants. )
20 _____ )

21
22     A hearing on cross-motions for summary judgment is set for June 8, 2007.  On June 5, 2007,

23 the Court granted the parties' stipulation to dismiss Plaintiff Zhenyang Chen.   Plaintiff Yanmei

24 Huang's application for adjustment of status has now been approved too.  Accordingly, the parties,

25 by and through their attorney of record, and Defendants, by and through their attorneys of record,

26 hereby stipulate, subject to the approval of the Court, to dismissal of this action as moot.  The

27 parties also ask that the Court vacate the June 8, 2007 hearing on the cross-motions for summary

28 judgment.

Stip to Dismiss
C06-7927 RMW                      1

1 | Each of the parties shall bear their own costs and fees.

3 | Dated: June 6, 2007                                   Respectfully submitted,

4 |                                                        SCOTT N. SCHOOLS
                                                         United States Attorney

                                                                   /s/
7 |                                                        ILA C. DEISS
                                                         Assistant United States Attorney
8 |                                                        Attorney for Defendants

10 | Dated: June 6, 2007                                            /s/
                                                         JUSTIN X. WANG
11 |                                                       Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

17 | Date: 6/28/07                                        *Ronald M. Whyte*
                                                         RONALD M. WHYTE
18 |                                                       United States District Judge

Stip to Dismiss
C06-7927 RMW                                             2